# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**BRANDI B. TAYLOR ,**

                V.                  **SUMMONS IN A CIVIL CASE**

**HEALTHCARE REVENUE RECOVERY GROUP, LLC ,**

                            CASE NO:  **2:21–CV–00357–KJM–DB**

TO:  **Healthcare Revenue Recovery Group, LLC**
Defendant's Address:

Healthcare Revenuee Recovery Group, LLC
dba ARS Account Resolution Services
1643 N. Harrison Pkwy
Building H, Suite 100
Sunrise, FL 33323

**YOU ARE HEREBY SUMMONED** and required to serve on

**Neda Farah
Farah Law, PC
265 S. Doheny Dr., Suite 102
Beverly Hills, CA 90211**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



**KEITH HOLLAND**
CLERK

**/s/  A. Benson**

(By) DEPUTY CLERK

**ISSUED ON 2021–02–25 12:05:55** , Clerk
USDC EDCA

## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1)  
**DATE** 4/2/21 @ 11:45 am

**NAME OF SERVER** *(PRINT)* Jacqueline Garcia  
**TITLE** SPS #1449

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Sherry Golden (Exec. Assi.) who is the Designated Service Tech for Healthcare Recovery Group PLLC

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/2/21  
Date

Signature of Server

8730 SW 41 ST  
Miami FL 33165  
Address of Server