**FARAH LAW, P.C.**
Neda Farah (State Bar No. 269819)
265 S. Doheny Dr.
Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 775-261-1726
E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDI B. TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC *dba* ARS ACCOUNT RESOLUTION SERVICES<br><br>　　　　Defendant. | Case No.  2:21-cv-00357-KJM-DB<br><br><br>**NOTICE OF SETTLEMENT** |

　　　　NOTICE IS HEREBY GIVEN that Plaintiff, Brandi B. Taylor, and Defendant, Healthcare Revenue Recovery Group, LLC *dba* ARS Account Resolution Services, have reached a settlement of the above-captioned action.  Plaintiff anticipates filing a voluntary dismissal of this case, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 26th day of April, 2021.　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Neda Farah*
　　　　　　　　　　　　　　　　　　　　　　Neda Farah
　　　　　　　　　　　　　　　　　　　　　　Farah Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　265 S. Doheny Dr., Suite 102
　　　　　　　　　　　　　　　　　　　　　　Beverly Hills, California 90211
　　　　　　　　　　　　　　　　　　　　　　310-666-3786 (phone)
　　　　　　　　　　　　　　　　　　　　　　775-261-1726 (fax)

neda@nedafarahlaw.com

*Attorney for Plaintiff, Brandi B. Taylor*

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Eastern District of California on this 26th day of April, 2021.  Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF filing system.

  */s/ Neda Farah*
Neda Farah
FARAH LAW, P.C.